**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEELMAN, <br><br> Petitioner, <br><br> vs. <br><br> DAVID LONG, WARDEN, <br><br> Respondent. | CASE NO. CV 14-01615 ODW (RZ) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: October 6, 2014

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE