O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEELMAN, ) | CASE NO. CV 14-01615 ODW (RZ) |
| ) Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| DAVID LONG, WARDEN, ) | |
| ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of JOHN STEELMAN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 6, 2014

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE